UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROLLO REGINALD PIERRE PRINCE,

               Plaintiff,

v.                                                Case No. 19-cv-623-pp

KATIE YORK and
WILLIAM GINSBERG,

               Defendants.

---

## ORDER DISMISSING CASE

---

Benjamin John Biese is a frequent filer in this district. In early 2019, Biese filed several cases, naming himself and Rollo Reginald Pierre Prince as plaintiffs: Case Nos. 19-cv-606, 19-cv-623 (this case), 19-cv-668, 19-cv-690, 19-cv-760 and 19-cv-761. On the same day the court received the complaint in this case, it received a letter from Prince, explaining that he had not filed any federal cases and that he didn't know anything about any federal cases. Dkt. No. 3. He opined that it was Biese who was filing the cases in his name. Id. Three days after the court received the complaint, it received from *Biese* a notice of voluntary dismissal, removing *himself* as a plaintiff and leaving only Prince. Dkt. No. 5. Biese used this same tactic in some of the other cases. But as Prince's letter indicated, and as he testified in one of the other cases, Prince—the only plaintiff left in this case—did not authorize Biese to file this suit for him, and doesn't want Biese filing any cases for him, ever. Dkt. No. 3; see also Biese v. Baumann, Case No. 19-cv-606 at Dkt. Nos. 3, 11.

1

In a separate order, the court has dismissed the cases in which Biese remained as a plaintiff: Case Nos. 19-cv-606, 19-cv-690 and 19-cv-760. This case, along with Case Nos. 19-cv-668 and 19-cv-761, remains open with only Prince as the plaintiff. Given how Prince became involved in this lawsuit (and the others) and his written statement and oral testimony that he does not want to pursue this lawsuit (or the others), the court will dismiss the complaint.

The court notes, however, that it hasn't reviewed the allegations in the complaint. It doesn't know whether Prince might want to file a lawsuit himself—legitimately—in the future. So out of an abundance of caution, the court will dismiss the case without prejudice.

The court **ORDERS** that this case is **DISMISSED** without prejudice. The court will enter judgment accordingly.

Dated in Milwaukee, Wisconsin, this 28th day of February, 2020.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **Chief United States District Judge**